UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80254-CIV-RYSKAMP/VITUNAC

SUSAN STONE MARSHALL, individually
and on behalf of a class of similarly situated,

    Plaintiffs,

v.

JEFFERY M. PICOWER ESTATE, et al.,

    Defendants.
_____/

## ORDER REQUESTING STATUS UPDATE

    THIS CAUSE comes before the Court *sua sponte*. No activity has occurred in this matter since April 1, 2010, when the Court denied Plaintiff's Emergency Motion for Temporary Restraining Order. On April 1, 2010, United States Bankruptcy Judge Burton R. Lifland issued an Order to Show Cause With Temporary Restraining Order in <u>Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC</u>, Adv. Pro. No. 08-01789 (BRL), enjoining Plaintiffs from pursuing this action and ordering Plaintiffs to show cause at an April 19, 2010 hearing why the Bankruptcy Court should not deem this action in violation of the automatic stay provisions of § 362 and why the Bankruptcy Court should not enjoin Plaintiffs from proceeding with this action.

    The Court has heard nothing from the parties since issuance of the April 1, 2010 bankruptcy order. The Court requests that the parties inform it within three days of the date of this Order whether they showed cause such that they should be allowed to continue the prosecution of this action. Failure to respond to this Order will result in the Court

2

administratively closing this case.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 14th day of June, 2010.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE