UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-80254-CV-Ryskamp/Vitunac

SUSANNE STONE MARSHALL, individually and
on behalf of a class of similarly situated,

       Plaintiffs,

v.

JEFFREY M. PICOWER ESTATE, et al.,

       Defendants.
_____/

## PLAINTIFF'S STATUS UPDATE

Plaintiff, Susanne Stone Marshall ("Marshall"), through her undersigned counsel, provides the following update in response to the Court's June 16, 2010 Order Requesting Status Update [D.E. 17].

1.     As the Court is aware, on April 1, 2010, United States Bankruptcy Judge Burton R. Lifland of the Southern District of New York (the "Bankruptcy Court") issued an Order to Show Cause With Temporary Restraining Order in *Irving H. Picard v. Adele Fox, et al.* Adv. Pro. No. 10-03114 (BRL) (the "Order to Show Cause"), which is an adversary proceeding filed by the Trustee against Marshall in the main liquidation case *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities, LLC*, Adv. Pro. No. 08-0178 (BR).

2.     On April 5, 2010, Marshall notified this Court of the Order to Show Cause [D.E. 16].

3.     On April 27, 2010, the Bankruptcy Court held a hearing on the Trustee's Application for Enforcement of the Automatic Stay and Preliminary Injunction.

4.     On April 28, 2010, the Bankruptcy Court entered a Minute Order granting the

Trustee's Application, ruling that the Marshall Action was subject to the automatic stay, and that Marshall be temporarily enjoined from pursuing her action in this Court (the "Marshall Action"). The Bankruptcy Court issued a written order to that effect on May 3, 2010.

5. On May 12, 2010, Marshall filed her Notice of Appeal of the Bankruptcy Court Order. Fox seeks a ruling from the District Court for the Southern District of New York reversing and vacating the Bankruptcy Court Order in its entirety on the ground that, *inter alia*, the claims asserted by Fox in the action pending in this Court are not property of the debtor estate and that the Bankruptcy Court, therefore, lacked jurisdiction to enjoin Fox from pursing her claims against the Picower Defendants in this Court.

6. On June 15, 2010, Marshall's appeal was docketed by the Southern District of New York, case no. 10-cv-04652 (JGK). The parties have designated documents for the record on appeal, and Marshall's initial brief is currently due to be served by June 29, 2010.

WHEREFORE, in light of the pending appeal, Marshall respectfully requests that this case remain open until all appeals from the Bankruptcy Court's Order are finally resolved.   .

DATED this 17th day of June, 2010.

                Respectfully submitted,

                s/ Joseph G. Galardi
                James W. Beasley, Jr.
                Florida Bar No. 145750
                Joseph G. Galardi
                Florida Bar No. 180572
                BEASLEY HAUSER KRAMER
                LEONARD & GALARDI, P.A.
                505 South Flagler Drive, Suite 1500
                West Palm Beach, Florida 33401
                Telephone:  (561) 835-0900
                Facsimile:  (561) 835-0939
                galardi@beasleylaw.net

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of June 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                               _s/ Joseph G. Galardi_____
                                                                                   Joseph G. Galardi

## SERVICE LIST

**Via Facsimile and Mail:**
William D. Zabel, Esq.
Marcy Ressler Harris, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2351
Facsimile: (212) 593.5955
william.zabel@srz.com
marcy.harris@srz.com
*Attorney for all Defendants*